IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Action No. 4:22-cv-31 -FL

ANTHONY JUSTIN LITTLE, )
)
    Plaintiff, )
)
vs. ) **ORDER GRANTING LEAVE TO FILE**
) **IN PAPER FORM**
RENE HERSE CYCLES LTD, d/b/a )
RENE HERSE CYCLES )
)
    Defendant. )
_____ )

Pursuant to Local Rule 5.3(b)(4), the motion for leave to file in paper form the Notice of Appearance by G. Wayne Hardee as Counsel for Plaintiff, is hereby GRANTED.

SO ORDERED. This the __7th__ day of April 2022.

_____
United States District Court Judge Presiding for the Eastern District of North Carolina Eastern Division